# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 23-43-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| HEATHER MARIE DAWN FOLLETTE, | |
| Defendant. | |

Defendant, Heather Marie Dawn Follette has moved to dismiss the government's indictment against her after her successful completion of the GLACIER program. The government does not oppose Follette's motion. Good cause has been shown.

Accordingly, **IT IS ORDERED:**

The indictment against Follette is **DISMISSED** with prejudice.

DATED this 24th day of March 2025.

Brian Morris, Chief District Judge
United States District Court